# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

BEVERLY THORP

V.

JUDGE ROBERT ATACK

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08 01449 HRL

TO: (Name and address of defendant)

JUDGE ROBERT ATACK
701 Ocean St
Santa Cruz CA 95060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BEVERLY THORP
c/o Box 2070
Sunnyvale CA 94087

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 14 2008
DATE

(BY) DEPUTY CLERK