## PROOF OF SERVICE / DELIVERY

(CCP § 413.10 – 416.90)

Filed MAR 17 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

I am a citizen of the California Republic. I am over the age of eighteen years. I am able and willing to testify to the facts stated herein.

I served the following document(s) on all appropriate parties in this action by placing a copy of the said document(s) in a sealed envelope, with postage attached, and deposited it with the U.S. Postal Service.

- **Complaint for the Disqualification of Judge Robert B. Atack for being BIAS, PREJUDICE, has DENIED DUE PROCESS to Beverly Thorp, and for being a Active Member in the Corrupt, Unjust, and Unfair Organization of a Lying "Old Buddy" Network of Corrupt Judges. Every Judge connected to this Case has been BIAS, PREJUDICE, DENIED DUE PROCESS to Beverly Thorp, and for being a Active Member in the Corrupt, Unjust, and Unfair Organization of a Lying "Old Buddy" Network of Corrupt Judges. (FC001)**

_X_ I caused such envelope to be deposited in the mail with the U.S. Postal Service. The envelope was mailed with postage thereon fully prepaid. Mailed to each of the following:

Judge Robert Atack, 701 Ocean St., Santa Cruz CA 95060.

__ The Proof of Service / Delivery signed by the authorized courier is on file and is available upon demand.

I am readily familiar with the practice of collection and processing correspondence for mailing. The above document(s) were deposited with the U.S. Postal Service within the time frame prescribed by law.

I declare, under penalty of perjury of the laws of the State of California the foregoing is true and correct.

14 March 2008

Dr. Gene Ritchey
c/o Box 2070
Sunnyvale CA 94087