1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TROY B. OVERTON, State Bar No. 171263
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone:  (415) 703-5516
     Fax:  (415) 703-5480
6    Email:  Troy.Overton@doj.ca.gov

7  Attorneys for Defendant JUDGE ROBERT ATACK
   (erroneously named as JUDGE ROBERT ATTACK)
8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

| | |
|---|---|
| BEVERLY THORP,<br><br>                                       Plaintiffs,<br><br>         v.<br><br>JUDGE ROBERT ATTACK, et al.,<br><br>                                       Defendants. | Case No.  C08-01449 HRL<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

18    The undersigned party hereby declines to consent to the assignment of this case to a

19  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

20  this case to a United States District Judge.

21  Dated:  April 3, 2008            Respectfully submitted,

22                                   EDMUND G. BROWN JR.
                                     Attorney General of the State of California
23
                                     
24
                                     TROY B. OVERTON
25                                   Deputy Attorney General

26                                   Attorneys for Defendant  JUDGE ROBERT ATACK
                                     (erroneously named as JUDGE ROBERT ATTACK)
27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **THORP, Beverly v. Judge Robert Atack**

No.:   **C 08-01449-HRL**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 3, 2008, I served the attached **Declination to Proceed Before A Magistrate Judge and Request for Reassignment to A United States District Judge** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Beverly Thorp
c/o Box 2070
Sunnyvale, CA 94087

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 3, 2008, at San Francisco, California.

| Rosalinda F. Asuncion | |
| --- | --- |
| Declarant | Signature |

40236624.wpd