UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Beverly Thorp, | No. C08-01449 |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Judge Robert Attack, | |
| Defendant. | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 1, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **July 11, 2008 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on June 27, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: April 4, 2008            RICHARD W. WIEKING, Clerk
                                United States District Court

                                 /s/ *Patty Cromwell*
                                By: Patty Cromwell, Courtroom Deputy
                                to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Troy Bentley Overton    troy.overton@doj.ca.gov

Beverly Thorp
P. O Box 2070
Sunnyvale, Ca 94087