1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TROY B. OVERTON, State Bar No. 171263
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
5    Telephone: (415) 703-5516
     Fax: (415) 703-5480
6    Email: Troy.Overton@doj.ca.gov

7  Attorneys for Defendant JUDGE ROBERT ATACK
   (erroneously named as JUDGE ROBERT ATTACK)
8

        IN THE UNITED STATES DISTRICT COURT

        FOR THE NORTHERN DISTRICT OF CALIFORNIA

                 SAN JOSE DIVISION

| BEVERLY THORP,          | Case No. C08-01449 JF |
|---|---|
| Plaintiffs, | JUDGE ROBERT ATACK'S NOTICE OF MOTION AND MOTION TO DISMISS [FRCP 12(b)(1) & 12(b)(6)] |
| v. | |
| JUDGE ROBERT ATTACK, et al., | Date: June 20, 2008<br>Time: 9:00 a.m. |
| Defendants. | Place: USDC Courthouse<br>280 South First Street,<br>Courtroom #3, 5th Floor<br>San Jose, California |
| | Judge: Hon. Jeremy Fogel |

19  TO PLAINTIFF IN PROPRIA PERSONA:

20      PLEASE TAKE NOTICE that on June 20, 2008 at 9:00 a.m. in Courtroom 3 of the

21  above-entitled court, located at 280 South First Street, Fifth Floor, San Jose, California,

22  Defendant JUDGE ROBERT ATACK (erroneously named as JUDGE ROBERT ATTACK)

23  (hereinafter "Judge Atack") will and hereby does move this Court to dismiss all claims for relief

24  against him pursuant to Rules 12(b)(1) & 12(b)(6) of the Federal Rules of Civil Procedure. This

25  motion is made on the grounds that plaintiff's complaint fails to establish subject matter

26  jurisdiction and fails to state claims in which relief can be granted against Judge Atack.

27  ///

28  ///

                                    1

1   This motion is and shall be based upon this notice of motion and motion, the
2   accompanying memorandum of points and authorities filed herewith, all pleadings and papers on
3   file in the matter herein, and upon such matters as may be presented to the Court at the time of
4   hearing.

5   Dated: April 18, 2008.

6   Respectfully submitted,

7   EDMUND G. BROWN JR.
    Attorney General of the State of California

8
9   PAUL T. HAMMERNESS
    Supervising Deputy Attorney General

12   s/s Troy B. Overton
    TROY B. OVERTON
13  Deputy Attorney General

    Attorneys for Defendant JUDGE ROBERT ATACK
14  (erroneously named as JUDGE ROBERT ATTACK)

2

Judge Robert Atack's Notice of Motion and Motion to Dismiss [FRCP 12(b)(1) & 12(b)(6)]
*Thorp v. Attack, et al.*                                                Case No. C 08-01449 JF

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **THORP, Beverly v. Judge Robert Atack**

No.:   **C 08-01449JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 18, 2008</u>, I served the attached **JUDGE ROBERT ATACK'S NOTICE OF MOTION AND MOTION TO DISMISS [FRCP 12(b)(1) & 12(b)(6)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Beverly Thorp
c/o Box 2070
Sunnyvale, CA 94087

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 18, 2008, at San Francisco, California.

|  Rosalinda E. Asuncion  |  s/s Rosalinda E. Asuncion  |
| :---: | :---: |
| Declarant | Signature |

40236624.wpd