1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TROY B. OVERTON, State Bar No. 171263
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone:  (415) 703-5516
     Fax:  (415) 703-5480
6    Email:  Troy.Overton@doj.ca.gov

7  Attorneys for Defendant JUDGE ROBERT ATACK
   (erroneously named as JUDGE ROBERT ATTACK)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **BEVERLY THORP,** | Case No.  C08-01449 JF |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT JUDGE ROBERT ATACK'S MOTION TO DISMISS** |
| v. | |
| **JUDGE ROBERT ATTACK, et al.,** | |
| Defendants. | |

Defendant Judge Robert Atack's motion to dismiss plaintiff's complaint came on regularly for hearing before this Court on June 20, 2008.  Troy B. Overton, Esq. from the California Attorney General's Office appeared on behalf of Defendant Judge Robert Atack and Plaintiff Beverly Thorp appeared in propria persona.

The Court, having considered the pleadings filed herein and having heard oral argument from counsel and plaintiff and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant Judge Robert Atack's motion to dismiss is GRANTED.

Dated: _____

JEREMY FOGEL
United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **THORP, Beverly v. Judge Robert Atack**

No.:   **C 08-01449JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 18, 2008</u>, I served the attached **[PROPOSED] ORDER GRANTING DEFENDANT JUDGE ROBERT ATACK'S MOTION TO DISMISS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Beverly Thorp
c/o Box 2070
Sunnyvale, CA 94087

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 18, 2008, at San Francisco, California.

| Rosalinda F. Asuncion | s/s Rosalinda F. Asuncion |
|---|---|
| Declarant | Signature |

40236624.wpd