1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TROY B. OVERTON, State Bar No. 171263
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone: (415) 703-5516
    Fax: (415) 703-5480
6   Email: Troy.Overton@doj.ca.gov

7  Attorneys for Defendant JUDGE ROBERT ATACK
   (erroneously named as JUDGE ROBERT ATTACK)

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN JOSE DIVISION
11

12  **BEVERLY THORP,**                        **Case No.  C08-01449 JF**

13                                            **JUDGE ATACK'S OPPOSITION TO**
                                     Plaintiff, **PLAINTIFF'S MOTION FOR DEFAULT**
14                                            **JUDGMENT**

15              **v.**

16  **JUDGE ROBERT ATTACK, et al.,**

17                                 Defendants.

18

19        On or about April 17, 2008, plaintiff filed a pleading entitled "Notice of Motion and a

20  Motion for a Default Judgment" which indicated a hearing date of June 20, 2008.  There is no

21  record of this hearing on the court's docket.  However, should the Court be inclined to consider

22  plaintiff's motion, Defendant JUDGE ROBERT ATACK (erroneously named as JUDGE

23  ROBERT ATTACK) (hereinafter "Judge Atack") hereby submits the following opposition to

24  plaintiff's motion.

25  ///

26  ///

27  ///

28  ///

                                          1

**I.**

**SINCE PLAINTIFF FAILED TO PROPERLY SERVE
JUDGE ATACK AND JUDGE ATACK HAS ALREADY
APPEARED IN THIS ACTION, PLAINTIFF'S MOTION
SHOULD BE DENIED**

In her "Notice of Motion and a Motion for a Default Judgment," plaintiff alleges that she

properly served Judge Atack by mailing a copy of a summons and complaint by certified mail to

Judge Atack at the courthouse in Santa Cruz (Plaintiff's Motion, 3:1 to 4:15; Exhibit 1).

However, this procedure does not constitute valid personal service on Judge Atack (Fed. Rules

Civ. Proc., rule 4(e), 28 U.S.C.; Cal. Civ. Proc. Code, §§ 415.10 et seq.). Since plaintiff failed to

properly serve a summons and complaint on Judge Atack and because Judge Atack has already

appeared in this action, plaintiff's motion for default judgment should be denied.

**II.**

**CONCLUSION**

For the aforementioned reasons, Judge Atack respectfully requests this Court deny

plaintiff's uncalendared motion for default judgment.

Dated:  May 30, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

PAUL T. HAMMERNESS
Supervising Deputy Attorney General

_·s/s Troy B. Overton_____
TROY B. OVERTON
Deputy Attorney General

Attorneys for Defendant JUDGE ROBERT ATACK
(erroneously named as JUDGE ROBERT ATTACK)

Judge Robert Atack's Opposition to Plaintiff's Motion for Default Judgment"
*Thorp v. Attack, et al.*                                          Case No. C 08-01449 JF

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **THORP, Beverly v. Judge Robert Atack**

No.:    **C 08-01449JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 30, 2008, I served the attached **JUDGE ATACK'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Beverly Thorp
c/o Box 2070
Sunnyvale, CA 94087

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 30, 2008, at San Francisco, California.

| | |
|---|---|
| _____Rosalinda F. Asuncion_____ | _____s/s Rosalinda F. Asuncion_____ |
| Declarant | Signature |

40236624.wpd