1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TROY B. OVERTON, State Bar No. 171263
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone:  (415) 703-5516
     Fax:  (415) 703-5480
6    Email:  Troy.Overton@doj.ca.gov

7  Attorneys for Defendant JUDGE ROBERT ATACK
   (erroneously named as JUDGE ROBERT ATTACK)
8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12  BEVERLY THORP,                          Case No.  C08-01449 JF

13                          Plaintiff,      JUDGE ROBERT ATACK'S REPLY TO
                                            PLAINTIFF'S FAILURE TO OPPOSE
14            v.                            MOTION TO DISMISS

15  JUDGE ROBERT ATTACK, et al.,            Date:        June 20, 2008
                                            Time:        9:00 a.m.
16                          Defendants.     Place:       USDC Courthouse
                                                         280 South First Street,
17                                                       Courtroom #3, 5th Floor
                                                         San Jose, California
18                                          Judge:       Hon. Jeremy Fogel

19

20          Pursuant to Civil Local Rule 7-3(a), plaintiff's opposition to Defendant Judge Robert

21  Atack's motion to dismiss all claims for relief against him in the above-captioned case was due

22  to be filed on or before May 30, 2008.  To date, Judge Atack has received no opposition from

23  plaintiff or any indication that such a document was filed by plaintiff.  Thus, Judge Atack

24  reasserts the arguments set forth in his moving papers and respectfully requests this Court grant

25  his motion to dismiss any and all of plaintiff's claims for relief against him.

26  ///

27  ///

28

                                            1

Judge Robert Atack's Reply to Plaintiff's Failure to Oppose Motion to Dismiss
*Thorp v. Attack, et al.*                                    Case No. C 08-01449 JF

1 | Dated: June 6, 2008.

2 |                                          Respectfully submitted,

3 |                                          EDMUND G. BROWN JR.
  |                                          Attorney General of the State of California

4 |

5 |                                          PAUL T. HAMMERNESS
  |                                          Supervising Deputy Attorney General

6 |

7 |                                              s/s Troy B. Overton

8 |                                          TROY B. OVERTON
  |                                          Deputy Attorney General

9 |                                          Attorneys for Defendant JUDGE ROBERT ATACK
  |                                          (erroneously named as JUDGE ROBERT ATTACK)

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Judge Robert Atack's Reply to Plaintiff's Failure to Oppose Motion to Dismiss
*Thorp v. Attack, et al.*                                          Case No. C 08-01449 JF

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **THORP, Beverly v. Judge Robert Atack**

No.:    **C 08-01449JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 6, 2008, I served the attached **JUDGE ATACK'S REPLY TO PLAINTIFF'S FAILURE TO OPPOSE MOTION tO DISMISS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Beverly Thorp
c/o Box 2070
Sunnyvale, CA 94087

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 6, 2008, at San Francisco, California.

_____Rosalinda E. Asuncion_____          _____s/s Rosalinda E. Asuncion_____
Declarant                                              Signature

40236624.wpd