Beverly Thorp
c/o Box 2070
Sunnyvale  CA  94087
FC009

**UNITED STATES DISTRICT COUR**
Northern District of California
San Jose Division



FILED

JUN 1 0 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

**Plaintiffs:**

Beverly Thorp

v.

**Defendant:**

Judge Robert Atack, et al.
Superior Court of Santa Cruz
701 Ocean St.
Santa Cruz CA 95060

Does 1 through 99

Case No. C 08 – 01449 JF

**Rebuttal and Objections To
Defendant's Motion to Dismiss**

## Rebuttal and Objections To Defendant's Motion To Dismiss

I, Beverly Ann Thorp, a flesh-and-blood woman, a human being, an Authorized Representative and Agent for BEVERLY THORP, sui juris, Ingenuitas juris et de jure, a State National citizen and NOT a Federal Zone citizen. Under a special appearance of Propria Persona, Without Prejudice, under the Uniform Commercial Code, UCC 1-207, UCC 1-103, and UCC 3-402, have first hand knowledge of the facts stated herein, and being competent in mind and body to testify, declare and affirm the facts stated herein are true correct, complete and admissible as evidence, in all material fact, not misrepresented and are made pursuant to the Laws of the Union of States of America and the California Republic.

1

**THIS REBUTTAL** has become necessary, because of the **ABSURD** and **FALSE STATEMENTS** made by the Defendant in his Motion to Dismiss and Memorandum of Points and Authority, which I, Beverly Thorp, cannot let stand as true and correct.

### Statement of Fact

On 14 March 2008, a Summons and Complaint was filed and sent by Certified Mailed to the Defendant Judge Atack and Does 1 through 99 in conformity with California and Federal law.

The basic statutes granting federal courts subject-matter jurisdiction are contained in 28 USC § 1331 and § 1332, which was clearly called out in the Plaintiff's Complaint on page 3 line 5. The jurisdiction of the Court was also invoked under Article III, Section 2 of the United States Constitution, and Amendment V and VII of the Constitution of the United States.

The Defendant, the claimant, claims the Court does not have subject matter jurisdiction. Being the claimant, the Defendant, is always bound to prove what he has claimed; the **BURDEN of PROOF lies on the Defendant** to PROVE this Court does NOT have subject matter jurisdiction, which they have FAILED to do.

Ideally, the Plaintiff would like to see this Court Disqualify the alleged Judge Atack and all of his judgments and rulings, but this will not happen directly. This Court does have the power and the authority to prosecute and the subject matter jurisdiction to deal with Robert Atack's illegal courtroom antics of Breach of Oath, Breach of Duty, Prejudice, Bias, being a Trespasser, and violating the Plaintiff's Due Process Rights. There is sufficient grounds, legal and factual, to make this happen.

The Plaintiff has clearly stated an actionable claim for relief in the Summons and Complaint where the Plaintiff seek money and legal punitive damages be awarded to her against the

2

Corrupt, Bias, and Prejudice individual who is Masquerading as a judge and calls himself judge, Robert Atack.

Obviously, the Defendant's attorney has NO idea of the status of the System & Services Technologies, Inc. v. Beverly Thorp, Santa Cruz County Superior Court Case No. CV 155983. This case ended in 2007 and a final judgment was rendered in 2007 and is closed. **The Plaintiff is <u>NOT</u> seeking this Court review of the above stated case**. The Plaintiff is seeking this Court review of the <u>Improper</u>, <u>Prejudice</u>, <u>Bias</u> behavior, and the <u>Violation of Federal law</u> by the Defendant. Secundun æquum et bonum – According to what is right and just.

All of this has boiled down to the Defendant now being in DEFAULT for FAILURE to answer the Plaintiff's Summons and Complaint. Any argument outside subject matter jurisdiction is **MUTE**, as the Defendant is now in DEFAULT, pure and simple, and by tacit consent has agreed completely with all of the statements and charges made in the Plaintiff's Summons and Complaint.

The Defendant's silence stands as consent, tacit approval, tacit procuration, and everything stated herein stands and is accepted as true and correct, for the declarations of facts and conclusions being established as fact and the Plaintiff's Summons and Complaint stands as final judgment in this matter. Silence shows consent. 6 Barb. [N.Y.] 2B, 35. Qui non negat, fatetur. He who does not deny, admits. Trayner, Max. 503.

The Defendant did not deny what was said, therefore, he **admits to the TRUTHFULNESS** of the statements in the Plaintiff's Summons and Complaint.

It appears the Defendant's attorney has a standard boiler plate response already prepared to send out when there is an opportunity. Unfortunately, his boiler plate response has been misapplied and in appropriately applied. It appears the Defendant's Motion to Dismiss is an effort on the Defendant to cover-up the fact, the Defendant SCREWED-UP and FAILED

to file an answer to the Plaintiff's Summons and Complaint, which has now moved the Defendant into a condition of a PERMANENT DEFAULT.

The Defendant's attorney has filled many pages with stuff about state court cases which has NO bearing on this case or action. He has filled his Motion and Memorandum with a lot of filler and meaningless noise and is trying to divert attention away for the basic issue, **this Court has subject matter jurisdiction and the Defendant is in PERMANENT DEFAULT**.

The court has the authority to hear what is brought before it by statue, and the paperwork has invoke the jurisdiction of the court.

Anyone who violates Federal Law or the Constitution is guilty of a federal crime and Federal Court has jurisdiction over those violations.

> "We the People are the rightful master of both Congress and the Courts - not to overthrow the Constitution, but to overthrow the men who pervert the Constitution." A b r a h a m Lincoln

When it comes to the law there are only two governmental bodies which citizens must concern themselves with, one of them is in Washington D. C and the other is in the state capitol where our respective state legislatures convene.

The United States Constitution and the California Constitution both require all judges, both State and Federal, to take an Oath of office before the individual can fill the position. These "officials" are suppose to take an oath of office to defend the Constitution and uphold the laws of the United States. When an individual FAILS to take their required Oath and file it, the individual has committed a BREACH of OATH and a BREACH of DUTY. Both of these crimes are State and Federal crimes. Both of these crimes are under the Subject Matter Jurisdiction of this Federal Court, as they are violations of the Constitutions and Constitutional Law. An individual who has committed these crimes and claims to be a judge

4

is NOT a judge. The individual is only MASQUERADING as a judge. Is the judge who acts without an Oath and a properly set Court anything but a common criminal?

An individual who is MASQUERADING as a judge CANNOT have a properly set court and he/she has/is violating the Due Process Rights and has TRESPASS against each and every individual who has stood in front of this Masquerading individual (Who is no more than a common criminal.). A **Trespasser** is defined in Black's Law Dictionary (6th Edition) as one who has committed unlawful interference with one's person, property, or rights. By NOT having a Properly Set Court violates an individual's Due Process Rights.  Butz v. Economou 438 U.S. 478, 98 S. Ct. 2894, 57 L. Ed. 2d 895, (1978); Maritime Commission v. South Carolina States Ports Authority 535 U.S. 743, 122 S. Ct. 1864, 152 L. Ed. 2d 962, (2002).

Now let me see if I understand this correctly, this alleged Judge has:

     1. Breached his Oath of office,

     2. Breached his Duty,

     3. Masquerading and Impersonating a judge,

     4. Violated peoples Due Process Rights,

     5. Operating an Improperly Set Court,

     6. Is a Trespasser,

     7. Is Prejudice,

     8. Is Biased,

     9. Is in Permanent Default, and.

     10. Should have to face Impeachment Charges.

A Citizen cannot be forced to give up his/her Rights in the name of a regulation or for the expedience of the Court. These Rights are called Unalienable for a reason.

If an individual cannot be placed in a position of being forced to surrender Rights in order to exercise a privilege, how much more must this maxim of law, applies when the individual is simply exercising (putting into use) a Right?

> *"The statute [or judge] which would deprive a Citizen of the rights of person or property, without a regular trial, according to the course and usage of the common law, would not be the law of the land."* Hoke vs. Henderson, 15 NC 15.

> *"We find it intolerable one Constitutional Right should have to be surrendered in order to assert another."* Simons vs. United States, 390 US 389.

Violations of the law cannot stand under a judge, police power, due process, or regulation, but must be exposed as oppressive and one which has been misapplied to deprive the Citizen of Rights guaranteed by the United States Constitution and the State Constitutions.

> "*The Right of the state to impede or embarrass the Constitutional operation of the U.S. Government or the Rights which the Citizen holds under it, has been uniformly denied by the Supreme Court.*" McCulloch vs. Maryland, 4 Wheat 316.

> "The state cannot diminish Rights of the people." Hurtado vs. California, 110 US 516.

and ...

> *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."* Miranda vs. Arizona, 384 US 436, 491.

and ...

> *"The claim and exercise of a Constitutional Right cannot be converted into a crime."* Miller vs. U.S., 230 F. 486, 489.

and ...

> *"There can be no sanction or penalty imposed upon one because of this exercise of constitutional Rights."* Snerer vs. Cullen, 481 F. 946.

Indeed, the very purpose for creating the state under the limitations of the Constitution was to protect the rights of the people from intrusion, particularly by the forces of the States and the Federal Government.

> *"The courts are not bound by mere form, nor are they to be misled by mere pretenses. They are at liberty – indeed they are under a solemn duty – to look at the substance of things, whenever they enter upon the inquiry whether the legislature has transcended the limits of its authority. If, therefore, a statute purported to have been enacted to protect ... the public safety, has no real or substantial relation to those objects or is a palpable invasion of Rights secured by the fundamental law, it is the duty of the courts to so adjudge, and thereby give effect to the Constitution."* Mulger vs. Kansas, 123 US 623, 661.

and ...

> *"It is the duty of the courts to be watchful for the Constitutional rights of the citizen and against any stealthy encroachments thereon."* Boyd vs. United States, 116 US 616.

The courts are "*duty bound*" to recognize and stop the "*stealthy encroachments*" which have been made upon the Citizen's Right to travel and to use the roads to transport his property in the "*ordinary course of life and business.*"

Further, the court must recognize the Right to Due Process is part of the Liberty of which a Citizen cannot be deprived without specific cause and without the "*due process of law*"

guaranteed in the **Fifth Amendment**. This was not attempted in an outright action, but in a slow, meticulous, calculated encroachment upon the Citizen's Right.

This position must be accepted unless the Defendant can show his authority for the position the "*use of Due Process in the ordinary course of life and business*" is a privilege. To rule in any other manner, without clear authority for an adverse ruling, will infringe upon fundamental and basic concepts of Constitutional law. This position, a Right cannot be regulated under any guise and must be accepted.

> "*Disobedience or evasion of a Constitutional Mandate cannot be tolerated, even though such disobedience may, at least temporarily, promote in some respects the best interests of the public.*" Slote vs. Examination, 112 ALR 660.

and ...

> "*Economic necessity cannot justify a disregard of Constitutional guarantee.*" Riley vs. Carter, 79 ALR 1018; 16 Am. Jur. (2nd), Const. Law, Sect. 81.

and ...

> "*Constitutional Rights cannot be denied simply because of hostility to their assertions and exercise; vindication of conceded Constitutional Rights cannot be made dependent upon any theory it is less expensive to deny them than to afford them.*" Watson vs. Memphis, 375 US 526.

> "*No public policy of a state can be allowed to override the positive guarantees of the U.S. Constitution.*" 16 Am. Jur. (2nd), Const. Law, Sect. 70.

Even so, "*public policy*" cannot abrogate this Citizen's Right in the ordinary course of life and business.

8

No one in their right mind voluntarily surrenders complete liberty and accepts in its place a set of regulations, administered by fickled and corrupt individuals, agencies, and judges.

> *"The people never give up their liberties but under some delusion."* Edmund Burke, (1784)

Further, Beverly Thorp saith naught.

Without Prejudice, UCC 1-207, UCC 1-103, & UCC 3-402                    9 June 2008

Beverly Thorp, an Authorized Representative and Agent

_____, In Propria Persona Sui Juris

A Free Woman, Sovereign American, with Constitutional Rights intact UCC § 3-402 (b)(1)

De Jure Soli, Jus Sanguinis, Coronea, Teste Meipso.

Reserving All Rights, Giving Up None.

Notice to agent is notice to principal. Noted to principal is notice to agent.

All Rights Reserved (UCC1-308)

9

# PROOF OF SERVICE / DELIVERY

(CCP § 413.10 – 416.90)

I am a citizen of the California Republic. I am over the age of eighteen years. I am able and willing to testify to the facts stated herein.

I served the following document(s) on all appropriate parties in this action by placing a copy of the said document(s) in a sealed envelope, with postage attached, and deposited it with the U.S. Postal Service.

- **Rebuttal and Objections To Defendant's Motion To Dismiss** (FC009)

 X  I caused such envelope to be deposited in the mail with the U.S. Postal Service. The envelope was mailed with postage thereon fully prepaid. Mailed to each of the following:

Judge Robert Atack, 701 Ocean St., Santa Cruz CA 95060.
Judge Paul Burdick, 701 Ocean St., Santa Cruz CA 95060.
Troy Overton, 455 Golden Gate Ave. Ste 11000, San Francisco CA 94102

__ The Proof of Service / Delivery signed by the authorized courier is on file and is available upon demand.

I am readily familiar with the practice of collection and processing correspondence for mailing. The above document(s) were deposited with the U.S. Postal Service within the time frame prescribed by law.

I declare, under penalty of perjury of the laws of the State of California the foregoing is true and correct.

9 June 2008

Dr. Gene Ritchey
c/o Box 2070
Sunnyvale CA 94087