Beverly Thorp
c/o Box 2070
Sunnyvale CA   94087
FC008

UNITED STATES DISTRICT COURT
Northern District of California
San Jose Division

RECEIVED
JUN 1 0 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Plaintiffs:

Beverly Thorp

v.

Defendant:

Judge Robert Atack, et al.
Superior Court of Santa Cruz
701 Ocean St.
Santa Cruz CA 95060

Does 1 through 99

Case No. C 08 – 01449 JF

Order For Summary Judgment

## Order For Summary Judgment

**IT IS HEREBY ORDERED and DECREED:**

1. Judge Atack and All of the Does 1 to 99 are in Permanent Default.
2. Judge Atack and All of the Does 1 to 99 are Permanent Disqualified as judges.
3. ALL of Judge Atack's Rulings and Judgments are declared NULL and VOID.
4. ALL of Judge Burdick's Rulings and Judgments are declared NULL and VOID.
5. Judge Atack and Judge Burdick and All of the Does 1 to 99 have operated as individuals and NOT in any official capacity representing the State of California in their handling of Santa Cruz County Superior Court case CV 155983. Each individual has yielded up any and all claim to immunity from any prosecution.

1

6. The Plaintiff is allowed to submit to the Court at a later date claims for each of the Defendant(s) for general damages, personal damages, compensating damages, punitive damages, pain and suffering damages, legal consulting, and legal expenses.

7. It is hereby order Systems & Services Technologies, Inc. will: (1) Return the illegally confiscated motor home in pristine condition ordered by Judge Atack and Judge Burdick; (2) Immediately send Beverly Thorp, by overnight mail, a letter filed with the court, signed under penalty of perjury, they are Releasing her from any and all claims against her now and in the future and Releasing any and all claims against her motor home, giving her a clear title to her motor home with the title marked paid in full; or (3) Immediately pay Beverly Thorp the full original purchase price of the motor home in CASH plus twelve (12) percent interest on the purchase price from the date of purchase to the date this payment is made.

8. The Defendant(s), Judge Atack and All of the Does 1 to 99, and the Plaintiffs in the Santa Cruz County Superior Court case CV 155983 are estoppel now and in the future from any further action in this case and in the Santa Cruz County Superior Court case CV 155983 or in any other court action in this matter.

9. Judge Atack and Judge Burdick and All of the Does 1 to 99 are named as individuals and they are named jointly, severally, and individually for all damages in this action.

**It is so ORDERED.**


Date: _____ June 2008

_____
Judge