1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TROY B. OVERTON, State Bar No. 171263
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone:  (415) 703-5516
     Fax:  (415) 703-5480
6    Email:  Troy.Overton@doj.ca.gov

7  Attorneys for Defendant JUDGE ROBERT ATACK
   (erroneously named as JUDGE ROBERT ATTACK)
8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

| BEVERLY THORP, | Case No. C08-01449 JF |
|---|---|
| Plaintiffs, | JUDGE ROBERT ATACK'S OBJECTION TO PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AND "REBUTTAL AND OBJECTIONS" TO DEFENDANT'S MOTION TO DISMISS |
| v. | |
| JUDGE ROBERT ATTACK, et al., | |
| Defendants. | |

On or about June 10, 2008, plaintiff filed pleadings styled as "Notice of Motion, a Motion for Summary Judgment, and a Memorandum of Points and Authority [sic]" and "Rebuttal and Objections To Defendant's Motion to Dismiss" (Docket Nos. 20 & 18, respectively).

Plaintiff's "Notice of Motion, a Motion for Summary Judgment, and a Memorandum of Points and Authority [sic]" purports to notice a motion for summary judgment to be heard on June 20, 2008. Defendant Judge Robert Atack hereby objects to the timeliness of this notice of hearing in that it fails to provide adequate notice as required by Civil Local Rule 7-2(a).

Plaintiff's "Rebuttal and Objections To Defendant's Motion to Dismiss" is essentially an opposition to Judge Atack's motion to dismiss which is set to be heard on June 20, 2008. Judge Atack hereby objects to the timeliness of plaintiff's "Rebuttal and Objections" in that it was filed less than twenty-one (21) days prior to the hearing date and fails to comply with Civil Local Rule

1

Judge Robert Atack's Objection to Plaintiff's Notice of MSJ and "Rebuttal and Objections" to Defendant's MTD
*Thorp v. Attack, et al.*                                                                   Case No. C 08-01449 JF

1  7-3(a). Although she tries to phrase her argument in different language, plaintiff's "Rebuttal and
2  Objections" supports Judge Atack's position that plaintiff is asking the Court to review state
3  court decisions (Plaintiff's "Rebuttal and Objections," 2:23-27; 3:7-10)(Plaintiff's Motion for
4  Summary Judgment, 5:4-19). Thus, Judge Atack reasserts the arguments set forth in his moving
5  papers and respectfully requests this Court grant his motion to dismiss any and all of plaintiff's
6  claims for relief against him.

7  Dated: June 18, 2008.

8  Respectfully submitted,

9  EDMUND G. BROWN JR.
   Attorney General of the State of California

10

11 PAUL T. HAMMERNESS
   Supervising Deputy Attorney General

12

13

14  s/s/ Troy B. Overton
   TROY B. OVERTON
   Deputy Attorney General
15

16 Attorneys for Defendant JUDGE ROBERT ATACK
   (erroneously named as JUDGE ROBERT ATTACK)

2

Judge Robert Atack's Objection to Plaintiff's Notice of MSJ and "Rebuttal and Objections" to Defendant's MTD
*Thorp v. Attack, et al.*                                                Case No. C 08-01449 JF

## DECLARATION OF SERVICE BY OVERNIGHT COURIER

Case Name:   **THORP, Beverly v. Judge Robert Atack**

No.:   **C 08-01449-JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>June 18, 2008</u>, I served the attached **JUDGE ROBERT ATACK'S OBJECTION TO PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AND "REBUTTAL AND OBJECTIONS" TO DEFENDANT'S MOTION TO DISMISS** by placing a true copy thereof enclosed in a sealed envelope with the **United States Postal Express Mail**, addressed as follows:

Beverly Thorp
P. O. Box 2070
Sunnyvale, CA  94087

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 18, 2008, at San Francisco, California.

|  |  |
|---|---|
| <u>     Rosalinda F. Asuncion     </u> | <u>   s/s/ Rosalinda F. Asuncion   </u> |
| Declarant | Signature |

40264494.wpd