**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, June 20, 2008
**Case Number:** CV-08-1449-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | BEVERLY THORP   V.   JUDGE ROBERT ATTACK | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Beverly Thorp, Pro se | Attorneys Present: Troy Overton |

PROCEEDINGS:

    Hearing on Motion for Default Judgment and Motion to Dismiss held.  Parties are present.  The motions are taken under submission.