1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TROY B. OVERTON, State Bar No. 171263
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
5    Telephone: (415) 703-5516
     Fax: (415) 703-5480
6    Email: Troy.Overton@doj.ca.gov

7  Attorneys for Defendant JUDGE ROBERT ATACK
   (erroneously named as JUDGE ROBERT ATTACK)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BEVERLY THORP,            | Case No. C08-01449 JF |
|---|---|
|                   Plaintiff, | JUDGE ATACK'S CASE MANAGEMENT STATEMENT [LOCAL RULE 16-9(a)] |
| v.                        | Date: August 29, 2008 |
| JUDGE ROBERT ATTACK, et al., | Time: 10:30 a.m. |
|                   Defendants. | Place: Federal Building 280 South First Street San Jose, California |
|                           | Dept: 3, Fifth Floor |
|                           | Judge: Hon. Jeremy Fogel |

Pursuant to Local Rule 16-9(a), Defendant Judge Robert Atack (erroneously named as Judge Robert Attack), by and through his counsel of record, submit the following case management statement:

1. **Jurisdiction and Service:**

Judge Atack has filed a motion to dismiss plaintiff's complaint asserting a challenge to subject matter jurisdiction and a failure to state a claim upon which relief can be granted in this action. (See Section 4 below.)

///

///

1

2. **Facts:**

On March 14, 2008, Plaintiff Beverly Thorp filed a complaint alleging, among other things, that commencing in January of 2007, Judge Atack was biased, was unprofessional, had a conflict of interest, did not allow her a fair hearing and violated her due process rights during the course of the state court proceedings in which she was a party, *System & Services Technologies, Inc. v. Beverly Thorp,* Santa Cruz County Superior Court Case No. CV 155983.

3. **Legal Issues:**

At present, the only legal issues pending are whether Judge Atack's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) will be granted.

4. **Motions:**

On June 20, 2008, a hearing on Judge Atack's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) was held. The Court took the motion under submission.

5. **Amendment of Pleadings:**

Not applicable at this time.

6. **Evidence preservation:**

Not applicable at this time.

7. **Disclosures:**

Not applicable at this time.

8. **Discovery:**

Not applicable at this time.

9. **Class Actions:**

Not applicable to this case.

10. **Related Cases:**

None pending at this time.

11. **Relief:**

Judge Atack contends that he is not liable for any of plaintiff's alleged damages.

///

**12. Settlement and ADR:**

On August 14, 2008, the ADR Unit, USDC, Northern District of California filed a "Notice Re: Noncompliance with Court Order" in this action requiring the parties to file an ADR Certification and either a stipulation selecting an ADR process or notice of need for ADR phone conference. Judge Atack respectfully requests the Court stay all ADR requirements in this action until after all jurisdictional issues and challenges to plaintiff's claims for relief have been resolved.

**13. Consent to Magistrate Judge For All Purposes:**

On April 3, 2008, Judge Atack filed a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge [Docket No. 5].

**14. Other References:**

Not applicable at this time.

**15. Narrowing of Issues:**

Judge Atack's motion to dismiss plaintiff's complaint asserting a challenge to subject matter jurisdiction and a failure to state a claim upon which relief can be granted in this action will narrow the issues.

**16. Expedited Schedule:**

This case need not be handled on an expedited basis.

**17. Scheduling:**

Prior to resolution of pending motion, no schedule is needed.

**18. Trial:**

This determination and assessment cannot be made until after the resolution of the pending motion.

**19. Disclosure of Non-party Interested Entities or Persons:**

Not applicable to government entities or their agencies.

**20. Other Matters:**

None at this time.

///

Dated: August 15, 2008.

        Respectfully submitted,

        EDMUND G. BROWN JR.
        Attorney General of the State of California

        PAUL T. HAMMERNESS
        Supervising Deputy Attorney General


        ___s/s Troy B. Overton_____
        TROY B. OVERTON
        Deputy Attorney General

        Attorneys for Defendant JUDGE ROBERT ATACK
        (erroneously named as JUDGE ROBERT ATTACK)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **THORP, Beverly v. Judge Robert Atack**

No.:   **C 08-01449-JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 15, 2008, I served the attached **JUDGE ATACK'S CASE MANAGEMENT STATEMENT [LOCAL RULE 16-9(a)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Beverly Thorp
P. O. Box 2070
Sunnyvale, CA 94087

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 15, 2008, at San Francisco, California.

| Rosalinda F. Asuncion | _(signature)_ |
|---|---|
| Declarant | Signature |

40274097.wpd