**E-Filed 8/19/2008**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEVERLY THORP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUDGE ROBERT ATACK,<br><br>　　　　Defendant. | Case Number C 08-1449<br><br>JUDGMENT |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the Clerk of the Court close the file.

DATED: August 19, 2008

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-1449
JUDGMENT
(JFLC1)

1 | This Judgment has been served upon the following persons:

3 | Beverly Thorp
P. O Box 2070
Sunnyvale, Ca 94087

5 | Troy Bentley Overton        troy.overton@doj.ca.gov

2

Case No. C 08-1449
JUDGMENT
(JFLC1)